### 14077. PAULDO *v.* THE STATE.

BROYLES, C. J. Under the ruling in *Johnson* v. *State*, 63 *Ga.* 356, and in *Dorsey* v. *State*, 108 *Ga.* 477 (34 S. E. 135), the evidence in the case at bar did not authorize a conviction for the offense of an assault with intent to rape, and the court erred in overruling the motion for a new trial.     *Judgment reversed.  Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 11, 1923.

Indictment for assault with intent to rape; from Laurens superior court — Judge Kent. August 26, 1922.

Pauldo was convicted of assault with intent to rape. From the evidence it appears that about 11 o'clock at night, when Mrs. Clark was in bed, lying next to an open window of a room adjoining the front porch of a one-story house,— the residence of Mr. Sears,— she was awakened by a man sitting in the window, who put his hands on the flesh of her leg above the knee, under her clothes. She moved and called to her mother, who was in the same bed, and the man ran off just before she called her mother. Mr. Sears was approaching the house in a buggy when this occurred, and she heard him coming. She did not identify the man; he ran off in the dark in the direction of the defendant's home. Barefoot tracks similar to those of the defendant (a negro) were found the next morning, leading from the Sears residence to the defendant's home. There was testimony as to admissions made by him that morning. Mr. Sears testified: " He said he went down there for the purpose of stealing some meat, and when he went to the smokehouse he decided that I didn't have enough meat to spare, and decided to go around and feel of the women . . and see how they felt. He said he got in the window where Mrs. Clark was and put his hand on her, and she shoved it off, and ' I set there a while and put it

back, and she raised up the next time, and I heard you coming and I run out and left.' ". The defendant, in his statement at the trial, said he was not guilty; that he was at home and asleep at the time mentioned by Mrs. Clark.

*W. A. Dampier, T. P. Stephens,* for plaintiff in error.

*E. L. Stephens, solicitor-general,* contra.